**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| LAURA ACHTERBERG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:16-CV-06097-DGK |
| | ) | |
| ALBAUGH, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON TRIAL BRIEF**

As instructed in the Court's Scheduling Order (Doc. 20), the parties are required to file a trial brief seven (7) days before trial. The purpose of this brief is to assist the Court and expedite the Court's rulings during trial. The trial brief should provide a summary of the evidence to be offered by witness and exhibit. This summary should not be long, no more than two or three pages. It should also not recite the pleadings or the elements of the claims.

**IT IS SO ORDERED.**

Date: November 29, 2017            /s/ Greg Kays
                                  GREG KAYS, CHIEF JUDGE
                                  UNITED STATES DISTRICT COURT